# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **WILLIAM GONZALEZ** | : | **NO. 11-739-1** |

## ORDER

**NOW**, this 22nd day of April, 2024, upon consideration of the Defendant's Motion for Early Termination of Supervised Release Pursuant to 18 U.S.C. § 3583(e)(1) (Doc. No. 105), the government's response, and the defendant's reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the defendant's term of supervised release is **TERMINATED**.

_____
TIMOTHY J. SAVAGE, J.